UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | CASE NO. 5:18-MJ-00060-01 |
|---|---|
| VERSUS | MAGISTRATE JUDGE HORNSBY |
| BLAKE LEE BISSELL | |

## MINUTES OF COURT:
### Initial Appearance

| Date: | July 06, 2018 | Presiding: | Magistrate Judge Mark L. Hornsby |
|---|---|---|---|
| Court Opened: | 4:30 p.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 4:40 p.m. | Court Reporter: | LCR |
| Statistical Time: | 0:10 | Courtroom: | CR3 |

### APPEARANCES

| Brian Christopher Flanagan (AUSA) | For | United States of America |
|---|---|---|
| Blake Lee Bissell, Defendant | | |

### PROCEEDINGS

**INITIAL APPEARANCE on Criminal Complaint:**
The defendant admitted his identity and was advised of the charge and of his constitutional rights.

**COUNSEL:**
Based on the evidence presented at the hearing, the court finds that the defendant does not have the financial resources to retain counsel; therefore, the court granted Defendant's oral motion for appointment of counsel. The Office of the Federal Public Defender is appointed to represent the defendant or to recommend counsel to represent the defendant in all further proceedings.

**PRELIMLILNARY EXAMINATION:**
Preliminary Examination set for **July 10, 2018** at **1:30 p.m.**, before Magistrate Judge Mark L. Hornsby in Courtroom 3.

**BOND DETERMINATION/DETENTION HEARING:**
The court granted the government's oral motion for temporary detention pending a detention hearing. The detention hearing was set for **July 10, 2018** at **1:30 p.m.** before Magistrate Judge Hornsby in Courtroom 3. Accordingly, the defendant is remanded to the custody of the U.S. Marshal pending the detention hearing.