

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 5:18-cr-00198-01 |
| | * | |
| VERSUS | * | 18 U.S.C. § 2423(a) |
| | * | |
| BLAKE LEE BISSELL | * | Judge Foote |
| | * | Magistrate Judge Hornsby |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2423(a)
### Transportation Of A Minor With
### Intent To Engage In Criminal Sexual Activity

Between on or about June 30, 2018 and on or about July 2, 2018, in the Western District of Louisiana and elsewhere, the defendant, BLAKE LEE BISSELL, did knowingly transport a minor, E.G., that is, a person under the age of 18, in interstate commerce, with the intent that the said minor engage sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 United States Code, Section 2423(a). [18 U.S.C. § 2423(a)].

A TRUE BILL:

DAVID C. JOSEPH
United States Attorney

**REDACTED**
Grand Jury Foreperson

BRIAN C. FLANAGAN, LA Bar #35125
EARL M. CAMPBELL, LA Bar #25957
Assistant United States Attorneys
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600