UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 18-cr-00198-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 2422(a) |
| | * | |
| | * | DISTRICT JUDGE FOOTE |
| BLAKE LEE BISSELL | * | MAGISTRATE JUDGE HORNSBY |

**BILL OF INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**18 U.S.C. § 2422(a)**
**Coercion and Enticement to Travel to Engage in Criminal Sexual Activity**

Between on or about June 30, 2018 and on or about July 2, 2018, in the Western District of Louisiana and elsewhere, the defendant, BLAKE LEE BISSELL, did knowingly persuade, induce, entice, and coerce, E.G., a minor, to travel in interstate commerce for the purpose of engaging in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(a).   [18 U.S.C. § 2422(a)].

DAVID C. JOSEPH
United States Attorney

 /s/ Brian C. Flanagan
BRIAN C. FLANAGAN, LA Bar #35125
EARL M. CAMPBELL, LA Bar #25957
Assistant United States Attorneys
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600