# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:18-CR-00198-01** |
| **VERSUS** | **JUDGE FOOTE** |
| **BLAKE LEE BISSELL (01)** | **MAGISTRATE JUDGE HORNSBY** |

## MINUTES OF COURT:
### Sentencing

| | | | |
|---|---|---|---|
| Date: | August 12, 2019 | Presiding: | Judge Elizabeth E. Foote |
| Court Opened: | 10:22 a.m. | Courtroom Deputy: | Kathy Keifer |
| Court Adjourned: | 10:48 a.m. | Court Reporter: | Barbara Simpson |
| Statistical Time: | 00:26 | | |

### APPEARANCES

| | | | |
|---|---|---|---|
| Brian Christopher Flanagan (AUSA) | | For | United States of America |
| Betty Lee Marak (AFPD) | | For | Blake Lee Bissell (01), Defendant |
| Blake Lee Bissell (01) | | | Defendant (in custody) |

### PROCEEDINGS

**COMMENTS/RULINGS:**

Pursuant to the Sentencing Reform Act of 1984, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 90 months, with credit for time served from 7/5/2018, as to the one count Bill of Information.

Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 5 years as to the one count Bill of Information.

The defendant was ordered to pay a $100.00 special assessment to the Crime Victim Fund, to be paid immediately to the U.S. Clerk of Court. No fine is ordered.

It is the recommendation of the Court that the defendant receive the appropriate mental health treatment, and that the defendant be placed in a facility as close to home as possible.

The defendant is notified of the right to appeal.  If a Notice of Appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the presentence report, under seal, to the Court of Appeals. If the defendant wishes to appeal, Betty Lee Marak will be appointed to represent defendant and file said Notice of Appeal.

**MOTION:**

Oral motion to dismiss the Indictment.

**ORDER:**

The Court granted Government's oral motion to dismiss the Indictment.

The defendant is remanded to the custody of the U. S. Marshal Service.